390 A.2d 749

## CITIES SERVICE OIL COMPANY

v.

## Frank P. QUIRK and Frank's Service Center, Appellants.

Supreme Court of Pennsylvania.

Aug. 10, 1978.

Zarwin, Baum, Arangio & Somerson, Norman P. Zarwin, Philadelphia, for appellant.

Williams, Glantz & Schildt, Samuel Glantz, Levittown, for appellee.

### ORDER

PER CURIAM:

Orders of the Superior Court and court of common pleas vacated and proceedings remanded for consideration in light of *Atlantic Richfield Co. v. Razumic*, 480 Pa. 366, 390 A.2d 736 (1978).

PACKEL, J., did not participate in the decision of this case.

POMEROY, J., filed a concurring opinion in which NIX, J., joins.

POMEROY, Justice, concurring.

For the reasons set forth in my opinion in *Kowatch v. Atlantic Richfield Co.*, 480 Pa. 388, 390 A.2d 747 (1978) (concurring opinion of POMEROY, J.), I concur in the remand of the instant case for a determination of the legal issues therein presented.

NIX, J., joins in this opinion.